### CORBIN TURNER v. THE STATE.

No. 9491.  Delivered May 20, 1925.

**Burglary—Appeal Dismissed.**

By motion duly verified by his affidavit, appellant requests a dismissal of his appeal, and the motion is granted.

Appeal from the District Court of Taylor County. Tried below before the Hon. W. R. Ely, Judge.

Appeal from a conviction of burglary; penalty, two years in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is burglary; punishment fixed at confinement in the penitentiary for a period of two years.

By motion duly verified by his affidavit, appellant requests a dismissal of his appeal.

The motion is granted.

*Dismissed.*